UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TIMOTHY ANDERSON,

    Plaintiff,

v.                                          Case No. 1:12-cv-498

TATE AND KIRLIN ASSOCIATES, INC.,       Hon. Janet T. Neff

    Defendant.
_____/

## ENTRY OF DEFAULT

It appearing from the files and records that affidavit for default has been duly filed and that defendant **Tate and Kirlin Associates, Inc.** has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff Timothy Anderson and in accordance with the rules of this court, default is hereby entered against defendant **Tate and Kirlin Associates, Inc.** according to Rule 55(a) of the Federal Rules of Civil Procedure.

                                                      TRACEY CORDES
                                                      CLERK OF COURT

                                                      /s/ Paula J. Woods

Dated: July 9, 2012                              _____
                                                      By:  Deputy Clerk