UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY ANDERSON,

    Plaintiff,

v.

                         Case No: 1:12-cv-498

TATE AND KIRLIN ASSOCIATES, INC.,              HON. JANET T. NEFF

    Defendant.
_____/

## ORDER

On July 9, 2012, an Entry of Default against Defendant Tate and Kirlin Associates, Inc. (Dkt 7) was entered pursuant to Rule 55 of the Federal Rules of Civil Procedure. A review of the court record reveals that Plaintiff has failed to submit pleadings necessary to obtain a default judgment against this defendant. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff is to submit pleadings necessary to obtain a default judgment against Defendant Tate and Kirlin Associates, Inc. by **August 7, 2012**.


Dated: July 24, 2012                                /s/ Janet T. Neff
                                                              JANET T. NEFF
                                                              UNITED STATES DISTRICT JUDGE